ZACK MORGAN et al., Respondents, *v.* BENJAMIN KRASNE, Appellant, Impleaded with Others.

(Argued May 27, 1936; decided July 8, 1936.)

*James M. O' Neill* and *William J. Ahearn* for appellant.
*Abraham M. Fisch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.